# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

May 22, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

Re: Daphne Moore
v. United States
No. 22-481
(Your No. 19-1583, 19-1626)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk